

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2014

No. 04-14-00713-CR

Ex Parte Anthony Ray **PERRYMAN**,
Appellant

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10581
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on September 15, 2014, indicating a desire to file an appeal from a September 8, 2014, order of the trial court denying a "petition for writ of habeas corpus for recusal." The clerk's record does not contain a petition for a writ of habeas corpus or a ruling on the merits of a petition. Nor does the record contain a judgment against Perryman or other appealable order of the trial court. *See* TEX. R. APP. P. 26.2.

We therefore **order** a response due **November 3, 2014**, showing why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is necessary to show this court's jurisdiction, appellant must file a written request with the clerk, specifying the pleadings and orders to be included. Appellant must file a copy of any such request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court